```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
  60 South Market Street, Suite 1200
  San Jose, CA 95113
  Telephone:  (408) 535-5040
  Facsimile:  (408) 535-5081
  Email: michael.pitman@usdoj.gov

Attorneys for United States of America
```

**FILED**

Jan 29 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALICIA ELIZABETH CHAMPION,<br><br>        Defendant. | CASE NO. **CR 26-70076-MAG**<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about January 28, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐    Indictment

☐    Information

☒    Criminal Complaint

☐    Other (describe) _____

pending in the Southern District of Texas, Case Number 6:26-mj-00010.

    In that case (copy of criminal complaint attached), the defendant is charged with a violation of Title 18 United States Code, Section 1343 (Wire Fraud).

The maximum penalties are as follows:

 20 years prison

 3 years supervised release

 $250,000 fine

 Potential restitution

 Potential forfeiture

 $100 special assessment

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: January 28, 2026

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney

Case 5:26-mj-70076-MAG   Document 1   Filed 01/29/26   Page 3 of 8

United States Courts
Southern District of Texas
FILED

January 16, 2026

Nathan Ochsner, Clerk of Court

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  6:26-mj-010 |
| Alicia Elizabeth CHAMPION | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/01/2025 to 11/14/2025  in the county of  Jackson  in the
Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1343 | Fraud by wire, radio, or television |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Clint Savino, HSI SA
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Date: _____

_____
*Judge's signature*

City and state:  Corpus Christi, TX        Julie K. Hampton,  U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Clint J. Savino, being first duly sworn, hereby depose and state the following:

I am a Special Agent with Homeland Security Investigations (HSI) and am currently assigned to the HSI Victoria, Texas Field Office. I have been employed as a Special Agent with the Department of Homeland Security since April of 2018. Your Affiant's primary duties are and have been the investigation of violations of Titles 8, 18, 19, and 21 of the United States Code. I have received specialized training and have experience in the above-mentioned areas. These violations include but are not limited to federal firearms violations, narcotics violations, financial crimes, child exploitation crimes, and human trafficking and smuggling investigations. Prior to employment as a Special Agent, your Affiant has served as a police officer in the state of Texas since November of 2004. I have conducted and assisted in the investigations of multiple violations of federal and state laws. I received a Bachelor of Business Administration with a minor in Criminal Justice from Sam Houston State University in 2007.

This affidavit is based on evidence and information uncovered during the course of a criminal investigation conducted by the affiant and other law enforcement officers and is only intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## FACTS AND CIRCUMSTANCES
## OF THE INVESTIGATION

On November 15, 2025, the Jackson County Sheriff's Office (JCSO) received a theft complaint of over $700,000 from CS located at in Ganado, Texas. The complainant was ML (victim), who was the president of CS, filed an offense report in reference to the company being scammed out of a large amount of money through a wire transfer. ML explained that CS is a construction company that conducts business throughout Texas. She said CS has used TP as a vendor for construction materials for at least ten (10) years. She said they have paid invoices from TP by mailing paper checks for their services for the same ten years until

November 3, 2025, when she received an email from someone she thought was from TP requesting that payments now be wired to an account at Lead Bank in Kansas City.

ML explained the email contained TP's logo and looked to have been sent by TP's Accounts Receivable Coordinator, DR, with whom CS has always communicated with when paying invoices. The directions sent in the email were to reroute payment for construction material (caliche) to the account name Rebel Raven LLC, account number XXXXXX037161 and routing number XXXX19628.

ML said that since they have done business with TP for such a long time, they didn't think the request to change how payments were made was strange. She knew they owed TP a total of $765,961.00, and that was the exact amount they were billed for from two different invoices. She said the first invoice she paid to the Rebel Raven account was on November 7, 2025, for $92,214.00, and the second was on November 12, 2025, for $673,747.00. ML said she didn't realize it was a scam until she received a strange email on November 14, 2025 from someone she thought was DR, asking her to cancel the wire transfer as it was a scam. ML explained that one of her employees called TP and spoke with DR to inquire about the email. DR informed them she has not had any email correspondence, nor had she received payment from CS.

JCSO investigators studied the printed email feed that was provided, and compared actual confirmed TP emails that were sent in the past to the email correspondence requesting the wire transfer. JCSO investigators noticed that the confirmed authentic emails TP sent had no spelling errors, provided DR's contact number, and were sent from the email address of drXXX@TP.com. When reviewing the Phishing emails, investigators noticed that the emails contained spelling errors, a different phone number for the company, and were sent from drXXX@TP.com, with the "i" removed from "pacific". Other than the above errors, the emails looked legitimate.

Using the account name, number, routing, and bank the money was sent to that was provided by ML, JCSO requested the account information from Lead Bank to produce any and all account information for the Rebel Raven, LLC account #XXXXXXX37161, routing #XXXX19628, for the period from October 7, 2025, to the present. Lead Bank replied that they

2

have a third party that keeps all of their bank records and requested that the information be requested from WISE US INC.

As requested, WISE US INC, promptly replied and sent the requested documents. Among the documents were three photographs of the female account holder, holding her California driver's license, and a single photo of the driver's license. JSCO investigators learned that many banks required those photos before opening an account. The California Driver's License displayed number XXX64754, and was issued to Alicia Elizabeth CHAMPION, with a date of birth of November 24, XXXX and an address in Oakland, California 94611.

WISE US INC, also provided bank statements showing the two wire transfers CS sent CHAMPION, believing they were paying TP. In addition to the pictures of the account holders' photo IDs, WISE US INC provided an email feed between CHAMPION and customer support. The emails came from the email address XXXXXX@aliciachampion.com. In the email feed, CHAMPION asked how she could receive wire transfers sent to her. These emails began in early October of 2025 and continued until CS wired $765,961.00 to her account, after which she deactivated it.

Due to CHAMPION residing in California and the total amount of money fraudulently stolen, JCSO requested the assistance of Homeland Security Investigations – Victoria to assist in the investigation and file criminal charges against CHAMPION. ML received several "Phishing" emails that were designed to look like a legitimate invoice from TP, she was deceived into sending a wire transfer of the funds totaling $765,961.00 to an account that was created and owned by CHAMPION.

## CONCLUSION

Based on the above details within this affidavit, your affiant believes probable cause exists for the arrest(s) of Alicia Elizabeth CHAMPION for the violation of Title 18 United States Code (USC) 1343 – Fraud by wire, radio, or television.

3

_____
Clint Savino
HSI Special Agent
Submitted by reliable electronic means, sworn to, signature attested telephonically, 01/16/2026.

_____
Julie K. Hampton, U.S. Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

U.S. MARSHAL SERVICE RECEIVED
2026 JAN 16 AM 11:49
CORPUS CHRISTI, TEXAS
SOUTHERN DISTRICT

COPY

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Alicia Elizabeth CHAMPION | ) | Case No. 6:26-mj-010 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Alicia Elizabeth CHAMPION,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title18 U.S. Code § 1343 - Fraud by wire, radio, or television

Date: January 16, 2026

_____
*Issuing officer's signature*

City and state: Corpus Christi, TX

Julie K. Hampton, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*